# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MID-CONTINENT CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 11-0088-CG-C ) |
| DON BRADY CONSTRUCTION COMPANY, INC., et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the court on the Plaintiff's Response to Court Order (Doc. 40), wherein the plaintiff advises that defendant John C. Collins filed a Voluntary Petition for Bankruptcy under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Alabama, Case No. 11-01180, on March 24, 2011.

Pursuant to 11 U.S.C. § 362, the filing of a bankruptcy petition operates as a stay of an action. Accordingly, this action is **STAYED** as to John C. Collins.

**DONE and ORDERED** this 22nd day of June, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE