IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MID-CONTINENT CASUALTY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 11-0088-CG-C |
| ) | |
| DON BRADY CONSTRUCTION COMPANY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This cause is before the court on plaintiff's motion to enforce order of contempt (Doc. 78).  This court previously held Don Brady Construction Company, Inc. ("DBC") in contempt of court and ordered plaintiff to file an accounting and supporting documents regarding its claimed fees and expenses incurred in filing its motions and reply regarding enforcement of the TRO and Preliminary Injunction as well as any fees and expenses incurred in filing the accounting itself. (Doc. 61). Plaintiff filed its accounting claiming $3,983.00 in fees and expenses. (Doc. 62).  To date the court has received no objection or opposition to the accounting.  On January 27, 2012, plaintiff moved for enforcement of the contempt order requesting that the court order DBC to immediately pay $3,983.00 for contempt. (Doc. 78).  The court ordered that any response to the motion to enforce was to be filed by February 9, 2012. (Doc. 82). To date, no response has been filed.  After review of plaintiff's

1

accounting and, in light of the lack of objection to the accounting or to plaintiff's motion to enforce, the court finds that the amounts claimed are reasonable and should be assessed against DBC.

Accordingly, plaintiff's motion (Doc. 78) is **GRANTED** and **Don Brady Construction Company** is hereby **ORDERED** to immediately pay **Three Thousand Nine Hundred Eighty Three Dollars and 00/100 ($3,983.00)** to **Mid-Continent Casualty Company**.

**DONE and ORDERED** this 16th day of February, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE