IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MID-CONTINENT CASUALTY, COMPANY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 11-0088-CG-C |
| ) | |
| **DON BRADY CONSTRUCTION COMPANY, INC., et al.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT

In accordance with the court's order entered this date, granting Plaintiff's motion for summary judgment and finding that there is no just reason for delay, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of plaintiff, **Mid-Continent Casualty Company**, and against **Don Brady Construction Company, Inc.**, in the amount of **Eight Hundred Thirty-Two Thousand One Hundred Sixty-Six Dollars and 13/100 ($832,166.13)** for all losses, costs and expenses Mid-Continent has incurred to date as a result of having issued bonds on behalf of Don Brady Construction, Inc.

It is further **ORDERED** that **Don Brady Construction Inc.** deposit cash collateral with Mid-Continent in the amount of **Eight Hundred Seventy-Two Thousand Four Hundred Ninety-Nine Dollars and 33/100 ($872,499.33)** pending the resolution of all remaining claims Mid-Continent has received relative

to bonds it issued on behalf of Don Brady Construction.

    **DONE and ORDERED** this 7th day of May, 2012.

                                          /s/  Callie V. S. Granade
                                          UNITED STATES DISTRICT JUDGE