IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MID-CONTINENT CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 11-0088-CG-C |
| DON BRADY CONSTRUCTION COMPANY, INC., d/b/a APEX 3 CONSTRUCTION, INC., ELIZABETH BRADY LINDLEY, an individual; ROBERT LINDLEY, an individual; DONALD BRADY, an individual and JOHN C. COLLINS, an individual, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

The preliminary injunction having been dissolved this date, the Clerk of Court is directed to return the $500.00 bond (Doc. 11) deposited by Starnes Davis Florie LLP on behalf of the plaintiff on February 22, 2011, to Starnes Davis Florie LLP, P. O. Box 1548, Mobile, Alabama 36633.

**DONE and ORDERED** this 21st day of August, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE